**Dismiss and Opinion Filed February 26, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01723-CV

### CITY OF DALLAS, Appellant
### V.
### ROBIN LOPEZ, Appellee

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-02070**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Brown
Opinion by Chief Justice Wright

The parties have settled their dispute, and appellant has filed a motion to dismiss the appeal.

We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a).

/Carolyn Wright/

131723F.P05

CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CITY OF DALLAS, Appellant

No. 05-13-01723-CV      V.

ROBIN LOPEZ, Appellee

On Appeal from the 44th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-13-02070.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Brown
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal. We **ORDER** that appellee Robin Lopez recover her costs, if any, of this appeal from appellant City of Dallas.

Judgment entered February 26, 2014.

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE